**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01579-CV

### DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL, Appellants

### V.

### BBVA COMPASS AND SAM MEADE, Appellees

**On Appeal from the**
**Culberson County, Texas**
**Trial Court Cause No. DC-14-00991**

## ORDER

We **GRANT** appellant Marilyn D. Garner's July 17, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than August 21, 2015.

/s/    CRAIG STODDART
        JUSTICE